**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BANK OF AMERICA, N.A., *et al.*,

        Plaintiffs,

vs.

MONTE BELLO HOMEOWNERS ASSOCIATION, INC., *et al.*,

        Defendants.

2:16-cv-00456-JCM-VCF

**ORDER**

      Before the court is Bank of America, N.A., vs. Monte Bello Homeowners Association, Inc., case number 2:16-cv-00456-JCM-VCF.

      A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., August 11, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

      DATED this 21st day of July, 2016.

                                                 _____

                                                 CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE