UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BANK OF AMERICA, N.A., *et al.*,

        Plaintiffs,

vs.

MONTE BELLO HOMEOWNERS ASSOCIATION, INC., *et al.*,

        Defendants.

2:16-cv-00456-JCM-VCF

**MINUTE ORDER**

    Due to a conflict on the Court's calendar,

    IT IS HEREBY ORDERED that the discovery hearing scheduled for 10:00 a.m., August 11, 2016 is VACATED and RESCHEDULED to 10:00 a.m., August 19, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    DATED this 8th day of August, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE