UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MONTE BELLO HOMEOWNERS ASSOCIATION, INC., *et al.*, <br><br> Defendants. | 2:16-cv-00456-JCM-VCF <br> **MINUTE ORDER** |

The parties have filed a discovery plan and scheduling order in compliance with Local Rule 26-1. (ECF No. 23).

Accordingly,

IT IS HEREBY ORDERED that the discovery hearing scheduled for 10:00 a.m., August 19, 2016, is VACATED.

DATED this 17th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE