Michael W. McKelleb, SBN 12040
ANGIUS & TERRY LLP
1120 N. Town Center Dr., Suite 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile: (702) 990-2018
ayen@angius-terry.com

*Attorneys for Third-Party Defendants*
*ATC ASSESSMENT COLLECTION GROUP, LLC*
*ANGIUS & TERRY LLP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00456-JCM-VCF |
| Plaintiff, | |
| v. | |
| | **SUBSTITUTION OF ATTORNEY** |
| MONTE BELLO HOMEOWNER'S ASSOCIATION, INC.; BELLARIA PI PBB TRUST; ATC ASSESSMENT COLLECTION GROUP, | |
| Defendants. | |

Please take notice that the law firm of Angius & Terry LLP, hereby consents to the substitution of Chris Yergensen, Esq., as the attorney of record for ATC Assessment Collection Group, LLC, in its place and stead in the above-entitled matter.

Dated this 23 day of August, 2016.

_____
Michael W. McKelleb, Esq.
SBN: 12040
Angius & Terry LLP
1120 N. Town Center Dr., #260
Las Vegas, NV 89144

1  Chris Yergensen, Esq., hereby accepts the above and foregoing substitution as counsel
2  of record in the above-entitled matter in the place and stead of Angius & Terry LLP.
3  Dated this ___ day of July, 2016.

_____
Chris Yergensen, Esq.
6224 W. Desert Inn Rd.
Las Vegas, NV 89146
(P) 702-804-8885
(F) 702-804-8887
Bar #6183

10  Defendant ATC Assessment Collection Group, LLC, hereby consents to the
11  substitution of Chris Yergensen, Esq., as counsel of record for ATC Assessment Collection
12  Group, LLC in the above-entitled matter in the place and stead of Angius & Terry LLP.
13  Dated this ___ day of July, 2016.

**ATC Assessment Collection Group, LLC**

By: _____

Its: _____CEO_____

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

August 26, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of _____, 2016, a true and correct copy of **Substitution of Attorney** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

_____
An Employee of Angius & Terry LLP

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

1